FRANKLIN PIERCE, Respondent, v. JAMES A. WHITCOMB, Appellant, Impleaded with Another.

*Pierce* v. *Whitcomb*, 139 App. Div. 903, appeal dismissed.

(Argued September 26, 1910; decided October 4, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 27, 1910, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon a written instrument for the payment of money.

The motion was made upon the grounds that the affirmance by the Appellate Division was unanimous, that the exceptions were frivolous and the appeal taken only for purposes of delay.

*Franklin Pierce* for motion.

*Joseph M. Gazzam* opposed.

Motion granted and appeal dismissed, with costs of appeal, but without costs of motion.